FILE COPY



# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS

CHIEF JUSTICE
TERRIE LIVINGSTON

JUSTICES
LEE ANN DAUPHINOT
ANNE GARDNER
SUE WALKER
BOB McCOY
BILL MEIER
LEE GABRIEL

TIM CURRY CRIMINAL JUSTICE CENTER
401 W. BELKNAP, SUITE 9000
FORT WORTH, TEXAS 76196

TEL: (817) 884-1900

FAX: (817) 884-1932

www.2ndcoa.courts.state.tx.us

CLERK
DEBRA SPISAK

CHIEF STAFF ATTORNEY
LISA M. WEST

GENERAL COUNSEL
CLARISSA HODGES

February 20, 2014

Robert Thompson
#1830012
Jester III Unit
3 Jester Rd.
Richmond, TX 77406

Hon. Jeff Walker
Regional Presiding Judge
Tim Curry Criminal Justice Center
401 W. Belknap, 5th Floor
Fort Worth, TX 76196
* DELIVERED VIA E-MAIL *

District Clerk, Denton County
P.O. Box 2146
Denton, TX 76202-2146
* DELIVERED VIA E-MAIL *

Charles E. Orbison
Assistant Criminal District Attorney
1450 E. McKinney St., 3rd Floor
Denton, TX 76209
* DELIVERED VIA E-MAIL *

David M. Wacker
Attorney at Law
P.O. Box 1142
Denton, TX 76202
* DELIVERED VIA E-MAIL *

Hon. Margaret Barnes
Judge, 367th District Court
Denton County Courts Bldg.
1450 E. McKinney
Denton, TX 76201
* DELIVERED VIA E-MAIL *

RE:     Court of Appeals Number:   02-12-00552-CR
        Trial Court Case Number:    F-2012-0401-E

Style:   Robert Thompson
         v.
         The State of Texas

Today the Second Court of Appeals issued an opinion and judgment in the above-referenced cause.

Respectfully yours,

DEBRA SPISAK, CLERK